In the Matter of the Accounting of ALLAN R. CAMPBELL et al., as Executors of CAROLYN L. CASPER, Deceased, Respondents.

WILLIAM F. CASPER, Appellant; JOEL MENCHER, as Special Guardian, Respondent.

Argued May 20, 1937; decided June 8, 1937.

*C. Joseph Danahy, James J. Delaney* and *George R. Leonard* for appellant.

*Allan R. Campbell* (in person) and *Sidney R. Fleisher* for executors, respondents.

*Joel Mencher*, as special guardian for Caroline Good, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.